AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-6994

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Robert Alan Colombo, Sr.
was received by me on *(date)*   01/20/2020   .

☑ I personally served the summons on the individual at *(place)*   3000 Old Alabama Road, Alpharetta, GA 30022 Kroger Parking Lot   on *(date)*   01/20/2020   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 1/20/2020

*Server's signature*

ERIC LAYTON - PROCESS SERVER
*Printed name and title*

MLQ an ABC LEGAL COMPANY
2000 RIVEREDGE PKWY
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc:

Defendant served at 3000 Old Alabama Rd. Alpharetta, GA 30022 and is described as a white male, with gray hair, approximately 5'11', 190# and 55 years old.



683525