UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>         Plaintiff,<br><br>   -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>         Defendants. | **Civil Action No. 1:19-CV-06994-FB-JO** |

## PROPOSED CERTIFICATE OF DEFAULT

  I, **DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant A SHOWROOM SHINE DETAILING SHOP LLC, has failed to Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named Defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated: Brooklyn, New York

   *March 16*  , 2020

                **DOUGLAS C. PALMER**, Clerk of Court

              By:  */s/Jalitza Poveda*
                  Deputy Clerk