UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>         Plaintiff,<br><br>   -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>         Defendants. | **Civil Action No. 1:19-cv-06994-FB-JO**<br><br>**MOTION FOR A DEFAULT JUDGMENT** |

  Plaintiff AKF, Inc. d/b/a Fundkite hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55.2(a) to enter default judgment in favor of plaintiff and against Defendants Creative Fiberglass, LLC, A Showroom Shine Detailing Shop LLC, and Robert Alan Colombo, Sr. on the grounds that said defendants failed to answer or otherwise defend against the complaint.

Dated: Brooklyn, New York
    March 17, 2020

Respectfully submitted,

*/s/ Wing Keung Chiu*
Oleg A. Mestechkin, Esq. (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam, Esq. (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

>*/s/ Wing K. Chiu*
>Wing K. Chiu, Esq. (WC5637)
>Oleg A. Mestechkin (OM4108)
>Nancy Lam (NL4630)
>**MESTECHKIN LAW GROUP P.C.**
>1733 Sheepshead Bay Road, Suite 29
>Brooklyn, NY 11235
>Tel. (212) 256-1113
>Fax. (646) 365-2069
>om@lawmlg.com
>wkc@lawmlg.com
>nl@lawmlg.com
>
>*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*