# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>                                Plaintiff,<br><br>-against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>                                Defendants. | **Civil Action No. 1:19-CV-06994-FB-JO** |

## PROPOSED CERTIFICATE OF DEFAULT

I, **DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant ROBERT ALAN COLOMBO, SR. has failed to Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named Defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated: Brooklyn, New York

_____*March 16*_____, 2020

                                                                **DOUGLAS C. PALMER**, Clerk of Court


                                                        By:  _/s/Jalitza Poveda_____
                                                                Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>        Plaintiff,<br><br>  -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>        Defendants. | **Civil Action No. 1:19-cv-06994-FB-JO** |

## PROPOSED CERTIFICATE OF DEFAULT

  I, **DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant CREATIVE FIBERGLASS, LLC, has failed to Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named Defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated: Brooklyn, New York

  _____*March 16*_____, 2020

                **DOUGLAS C. PALMER**, Clerk of Court


            By: ____*/s/Jalitza Poveda*_____
               Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>        Plaintiff,<br><br>  -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>        Defendants. | **Civil Action No. 1:19-cv-06994-FB-JO** |

## PROPOSED CERTIFICATE OF DEFAULT

  I, **DOUGLAS C. PALMER**, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant A SHOWROOM SHINE DETAILING SHOP LLC, has failed to Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named Defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated: Brooklyn, New York

   _____*March 16*_____, 2020

                **DOUGLAS C. PALMER**, Clerk of Court


              By: _*/s/Jalitza Poveda*_____
                 Deputy Clerk