UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

AKF, INC. d/b/a FUNDKITE,

            Plaintiff,

-against-

CREATIVE FIBERGLASS, LLC, A
SHOWROOM SHINE DETAILING SHOP LLC,
AND ROBERT ALAN COLOMBO, SR.,

            Defendants.

Index No. 1:19-cv-06994-FB-JO

**AFFIDAVIT OF SERVICE**

Marina Vaynerman, being duly sworn deposes and says:

1. I am not a party to this action, am over the age of 18, and reside in County of Kings, State of New York.

2. On March 17, 2020, I served upon the following a copy of Motion for a Default Judgment, Declaration of Alexander Fainberg in Support of Motion for Default Judgment, and Declaration of Wing K. Chiu in Support of Motion for Default Judgment by depositing a copy of same, securely enclosed in a sealed, postage prepaid envelope in an official depository under the exclusive care and custody of a USPS agent, and mailed via Priority Mail Service to:

**Creative Fiberglass, LLC**
**1250 Atherton Park**
**Roswell, GA 30076**

**A Showroom Shine Detailing Shop LLC**
**9930 Jones Bridge Road**
**Johns Creek, GA 30022**

**Robert Alan Colombo, Sr.**
**1250 Atherton Park**
**Roswell, GA 30076**

_____
Marina Vaynerman

Sworn to before me this
17th day of March 2020

_____
Notary Public

AARON MARGULIS
Notary Public, State of New York
Registration #01MA6378022
Qualified In Kings County
Commission Expires July 16, 2022

1