UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. D/B/A FUNDKITE,<br><br>         Plaintiff,<br><br>    -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>         Defendants. | Civil Action No. 1:19-CV-06994-FB-JO |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

The Summons and Complaint in this action having been duly served on the above-named Defendants Creative Fiberglass, LLC, A Showroom Shine Detailing Shop LLC, and Robert Alan Colombo, Sr. on January 20, 2020, and said defendants having failed to plead or otherwise defend this action, and upon the annexed declaration of Alexander Fainberg, sworn to on March 17, 2020 and the exhibits annexed thereto, and the declaration of Wing K. Chiu, sworn to on March 17, 2020, and the exhibits annexed thereto,

**NOW, ON THE MOTION** of the Mestechkin Law Group, P.C., by Wing K. Chiu, the attorney for the Plaintiff, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(a) of the Local Rules of Practice of the United States District Court for the Eastern District of New York, it is hereby

**ADJUDGED** that the plaintiff AKF, Inc. d/b/a Fundkite, recover from the defendants Creative Fiberglass, LLC, having an address at 1250 Atherton Park, Roswell, Georgia 30076, A Showroom Shine Detailing Shop LLC, having an address at 9930 Jones Bridge Road, Johns Creek, Georgia 30022, and Robert Alan Colombo, Sr., having an address at 1250 Atherton Park, Roswell, Georgia 30076, the sum of **$164,982.35**, which is the sum of $161,169.23 in the principal amount claimed plus $3,813.12 for interest accrued from the date of breach on December 12, 2019 through

1

March 17, 2020, plus interest going forward on the judgment at the legal rate until the judgment is satisfied, and that the Plaintiff have execution therefore.

**DOUGLAS C. PALMER,**
**CLERK OF THE COURT**

By: _____*Jalitza Poveda*_____
　　　　　　Deputy Clerk

JUDGMENT ENTERED THIS __18th__ DAY OF _____March_____, 2020.