UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

AKF, INC. d/b/a FUNDKITE,

                Plaintiff,

-against-

CREATIVE FIBERGLASS, LLC, A
SHOWROOM SHINE DETAILING SHOP LLC,
AND ROBERT ALAN COLOMBO, SR.,

                Defendants.

Index No. 1:19-cv-06994-FB-JO

**DECLARATION OF SERVICE**

    **OLEG A. MESTECHKIN**, being duly sworn deposes and says:

    1.    I am not a party to this action, am over the age of 18, and reside in the County of Richmond, State of New York.

    2.    Pursuant to the Court's Order dated April 3, 2020, and Federal Rule of Civil Procedure 5(b)(2)(C), I served on April 6, 2020, a copy of the Court's April 3, 2020 Order regarding Court Conference by depositing a copy of the same, securely enclosed in a sealed, postage prepaid envelope in an official depository under the exclusive care and custody of a USPS agent, and mailed via Priority Mail Service to the following Defendants at their last known address:

    **Creative Fiberglass, LLC**
    **1250 Atherton Park**
    **Roswell, GA 30076**

    **A Showroom Shine Detailing Shop LLC**
    **9930 Jones Bridge Road**
    **Johns Creek, GA 30022**

    **Robert Alan Colombo, Sr.**
    **1250 Atherton Park**
    **Roswell, GA 30076**

3.  I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Brooklyn, New York
April 6, 2020

Respectfully submitted,

<u>/s/ Oleg A. Mestechkin</u>
Oleg A. Mestechkin, Esq. (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam, Esq. (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

> */s/ Wing K. Chiu*
> Oleg A. Mestechkin (OM4108)
> Wing K. Chiu, Esq. (WC5637)
> Nancy Lam (NL4630)
> **MESTECHKIN LAW GROUP P.C.**
> 1733 Sheepshead Bay Road, Suite 29
> Brooklyn, NY 11235
> Tel. (212) 256-1113
> Fax. (646) 365-2069
> om@lawmlg.com
> wkc@lawmlg.com
> nl@lawmlg.com
>
> *Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*