| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | Minute Order |

Before: James Orenstein        Date:    4/29/2020
U.S. Magistrate Judge           Time:    10:30 a.m.

*AKF Inc. v. Creative Fiberglass, LLC, et al.*
19-CV-6994 (FB) (JO)

Type of Conference:  Status

Appearances:   Plaintiff        Wing K. Chiu, Oleg A. Mestechkin

Defendants     N/A

Scheduling: The next evidentiary hearing will be held on June 25, 2020, at 10:30 a.m.

Summary: The plaintiff will file on the docket by May 6, 2020, an unredacted copy of the contract on which asserts its claims. The process server will testify at a hearing as scheduled above to complete the record as to how the plaintiff purports to have effected service on the defendants. The plaintiff's counsel reported that the process server spoke with defendant Colombo by telephone before arranging to meet in a parking lot to serve process on him; I therefore respectfully direct the plaintiff to provide a copy of this order to Mr. Colombo, and to provide the court with that defendant's contact information so that he can be invited to attend the hearing scheduled above by telephone or in person.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge