UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

AKF, INC. d/b/a FUNDKITE,

                                    Plaintiff,

                    -against-

CREATIVE FIBERGLASS, LLC, A
SHOWROOM SHINE DETAILING SHOP LLC,
AND ROBERT ALAN COLOMBO, SR.,

                                    Defendants.

**Index No. 1:19-cv-06994-FB-JO**

**DECLARATION  OF SERVICE**

**Oleg A. Mestechkin**, being duly sworn deposes and says:

1.      I am not a party to this action, am over the age of 18, and reside in County of

Richmond, State of New York.

2.      Pursuant to the Court's Order dated April 29, 2020, and Federal Rule of Civil

Procedure 5(b)(2)(C), I served on April 30, 2020, a copy of the Court's April 29, 2020 Order

(ECF No. 34) by depositing a copy of the same, securely enclosed in a sealed, postage prepaid

envelope in an official depository under the exclusive care and custody of a USPS agent, and

mailed via first class mail to the following Defendants at their last known address:

> **Robert Alan Colombo, Sr.**
> **1250 Atherton Park**
> **Roswell, GA 30076**

3.      I declare under penalty of perjury that the foregoing is true and accurate to the

best of my knowledge, information and belief.

Dated: Brooklyn, New York
          April 30, 2020

Respectfully submitted,

_____
Oleg A. Mestechkin, Esq. (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam, Esq. (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29

Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

_____
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

3