UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

AKF, INC. d/b/a FUNDKITE,

                Plaintiff,

-against-

CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,

                Defendants.

**Index No. 1:19-cv-06994-FB-JO**

**DECLARATION OF SERVICE**

---

**Oleg A. Mestechkin**, being duly sworn deposes and says:

    1.    I am not a party to this action, am over the age of 18, and reside in County of Richmond, State of New York.

    2.    Pursuant to the Court's Scheduling Order dated May 7, 2020 ("Order"), and Federal Rule of Civil Procedure 5(b)(2)(C), I served on May 13, 2020, a copy of the Order by depositing a copy of the same, securely enclosed in a sealed, postage prepaid envelope in an official depository under the exclusive care and custody of a United States Postal Service agent, and mailed via Priority Mail Service to the following Defendants at their last known address, as described below:

        **Robert Alan Colombo, Sr.**
        **1250 Atherton Park**
        **Roswell, GA 30076**

        **Creative Fiberglass, LLC**
        **1250 Atherton Park**
        **Roswell, GA 30076**

        **A Showroom Shine Detailing Shop LLC**
        **9930 Jones Bridge Road**
        **Johns Creek, GA 30022**

3.  I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       May 13, 2020 | Respectfully submitted,<br><br>*/s/ Oleg A. Mestechkin*<br>Oleg A. Mestechkin, Esq. (OM4108)<br>Wing K. Chiu, Esq. (WC5637)<br>Nancy Lam, Esq. (NL4630)<br>**MESTECHKIN LAW GROUP P.C.**<br>1733 Sheepshead Bay Road, Suite 29<br>Brooklyn, NY 11235<br>Tel. (212) 256-1113<br>Fax. (646) 365-2069<br>om@lawmlg.com<br>wkc@lawmlg.com<br>nl@lawmlg.com<br><br>*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

>  */s/ Nancy Lam*
> Oleg A. Mestechkin (OM4108)
> Wing K. Chiu, Esq. (WC5637)
> Nancy Lam (NL4630)
> **MESTECHKIN LAW GROUP P.C.**
> 1733 Sheepshead Bay Road, Suite 29
> Brooklyn, NY 11235
> Tel. (212) 256-1113
> Fax. (646) 365-2069
> om@lawmlg.com
> wkc@lawmlg.com
> nl@lawmlg.com
>
> *Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*