**MESTECHKIN LAW GROUP P.C.**
1733 SHEEPSHEAD BAY ROAD
SUITE 29
BROOKLYN, NY 11235
1.212.256.1113
[WWW.LAWMLG.COM](WWW.LAWMLG.COM)

---

May 13, 2020

*Via ECF*

Magistrate Judge James Orenstein,
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, New York 11201

  Re: *AKF, Inc. d/b/a Fundkite v. Creative Fiberglass*, 1:19-cv-06994-FB-JO
     **<u>SCHEDULING ORDER: re [36] Letter</u>**

Dear Honorable Judge Orenstein,

  The Firm of the undersigned represents Plaintiff, AKF, Inc. d/b/a Fundkite, in the above-referenced matter. Pursuant to Your Honor's May 7, 2020 Scheduling Order adjourning the evidentiary hearing on service of process from June 25, 2020 to July 27, 2020 (the "Order"), the undersigned respectfully informs the Court that on May 13, 2020, he served all Defendants with copies of the Order by depositing the Order with the United States Postal Service, Priority Mail Service, addressed to their last known addresses.

  In addition, the undersigned, on May 13, 2020, made additional efforts to inform Mr. Colombo of the hearing and adjournment of the same by depositing copies of the Order with FEDEX with signature required, addressed to Mr. Colombo's last known address at 1250 Atherton Park, Roswell, Georgia, 30076. (*See* Declarations of Service at ECF Dkt. Nos. 37 & 38.) The undersigned will file a copy of the results of the signature request upon its return from FEDEX.

  If Your Honor has any additional questions or inquiries, the undersigned may be reached at 212-256-1113.

  We thank the Court for its time and attention to this matter.

                 Sincerely,

                 *<u>/s/ Oleg A. Mestechkin</u>*
                 Oleg A. Mestechkin, Esq

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

*/s/ Nancy Lam*
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*