FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★   JUN 2 2 2020

BROOKLYN OFFICE

6/20/2020

His Honorable Judge James Orenstein,

I, Robert Colombo – owned Creative Fiberglass, LLC have been served the legal papers pertaining to the suit brought against my insolvent company Creative Fiberglass, LLC and me personally by Fundkite. I have been notified of the re scheduling of the hearing in New York City 7/27/2020 @ 10:00 am. I will not be able to attend because of the financial distress suffered with the insolvency of Creative Fiberglass, LLC.   Considering I cannot afford legal representation or the travel expenses to attend, I offer the following:

Creative Fiberglass was represented by a broker who over valued our receivables in arranging for the merchant cash advance.  Because of this over valuing Creative Fiberglass after repaying $121,292.31 of the original $150,000 borrowed leaving a balance to the principle of $28,707.69 and $94,707.69 towards the principle and interest we became insolvent.  With the emergence of the Covid pandemic, this left us virtually no path forward and forced us to close and I have no savings, stocks, bonds, 401 k or sep accounts.

Regards,

Robert Colombo

DocuSign Envelope ID: A478C213-9F30-4562-8521-8B9DDCE814E1

# Step 1 Review Your Funding Details.

Please take your time to go over your funding details and complete your documents.

| YOUR FUNDING DETAILS | | FUNDKITE |
|---|---|---|
| | | 8307.69 |
| Funding Amount (purchase price): | $150,000.00 | 8307.69 |
| | | 8307.69 |
| | | 8307.69 |
| Underwriting and Intial Fees: | $6,185.00 | 8307.69 |
| | | 8307.69 |
| Disbursement Amount: | $143,815.00 | 8307.69 |
| | | 8307.69 |
| | | 8307.69 |
| Purchased Amount: | $216,000.00 | 8307.69 |
| | | 8307.69 |
| Specified Percentage: | 15% | 1661.54 |
| | | 1661.54 |
| Alternative Weekly Amount: | $8,307.69 | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 1661.54 |
| | | 121292.31 |
| | | 216000 |
| | | 94707.69 |
| | | 28707.69 |

ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD O INTENTIONAL MISREPRESENTATION.
AKF Inc DBA FundKite © 2019 All Rights Reserved

Robert Colombo

**Creative Fiberglass, LLC.**
1250 Atherton Park • Roswell, GA 30076

CF

ATLANTA METRO 300
15 JUN 2020 PM 5 L

FOREVER / USA

Guidmann
c/o Judge James Ornstein
U.S. Eastern District Court B N.Y.
225 Cadman Plz E

11201-1818