UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKF, INC. d/b/a FUNDKITE,<br><br>                Plaintiff,<br><br>    -against-<br><br>CREATIVE FIBERGLASS, LLC, A SHOWROOM SHINE DETAILING SHOP LLC, AND ROBERT ALAN COLOMBO, SR.,<br><br>                Defendants. | **Index No. 1:19-cv-06994-FB-JO**<br><br>**DECLARATION OF SERVICE** |

**I, Wing Keung Chiu,** pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a member of the Mestechkin Law Group, P.C., attorneys for AKF, Inc. d/b/a Fundkite ("Fundkite") in the above-captioned proceeding.

    2.    On July 22, 2020, I instructed and supervised a member of my staff to serve upon the following a copy of the Order of Magistrate Judge James Orenstein, dated July 22, 2020 by depositing a copy of same, securely enclosed in a sealed, postage prepaid envelope in an official depository under the exclusive care and custody of a USPS agent, and mailed via Priority Mail Service to:

> **Robert Alan Colombo, Sr.**
> **3000 Old Alabama Road**
> **Alpharetta, GA 30022**

    3.    That staff member proceeded to follow my instruction and serve the July 22, 2020 order upon Mr. Colombo in the manner, and at the address, described.

1

4. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Brooklyn, New York
July 23, 2020

Respectfully submitted,

*/s/ Wing K. Chiu*
Oleg A. Mestechkin, Esq. (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam, Esq. (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

*/ s/ Wing K. Chiu*
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*