UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

AKF, INC. d/b/a FUNDKITE,

                              Plaintiff,

        -against-

CREATIVE FIBERGLASS, LLC, A SHOWROOM
SHINE DETAILING SHOP LLC, AND ROBERT
ALAN COLOMBO, SR.,

                              Defendants.

**Index No. 1:19-cv-06994-FB-JO**

**<u>DECLARATION OF SERVICE</u>**

**I, Nancy Lam,** pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an associate at the Mestechkin Law Group, P.C., attorneys for AKF, Inc.

d/b/a Fundkite ("Fundkite") in the above-captioned proceeding.

2.      On August 7, 2020, I instructed and supervised a member of my staff to serve

upon the following a copy of the <u>Order of Magistrate Judge James Orenstein, dated July 22, 2020</u>

by depositing a copy of same, securely enclosed in a sealed, postage prepaid envelope in an

official depository under the exclusive care and custody of a USPS agent, and mailed

via Priority Mail Service to:

> **Robert Alan Colombo, Sr.**
> **1250 Atherton Park,**
> **Roswell, GA 30076-2417**

3.      That staff member proceeded to follow my instruction and serve the August 7,

2020 order upon Mr. Colombo in the manner and at the address described.

4.    I declare under penalty of perjury that the foregoing is true and accurate to the

best of my knowledge, information and belief.

Dated: Brooklyn, New York                Respectfully submitted,
       August 28, 2020

                                          */s/ Nancy Lam*
                                          Oleg A. Mestechkin, Esq. (OM4108)
                                          Wing K. Chiu, Esq. (WC5637)
                                          Nancy Lam, Esq. (NL4630)
                                          **MESTECHKIN LAW GROUP P.C.**
                                          1733 Sheepshead Bay Road, Suite 29
                                          Brooklyn, NY 11235
                                          Tel. (212) 256-1113
                                          Fax. (646) 365-2069
                                          om@lawmlg.com
                                          wkc@lawmlg.com
                                          nl@lawmlg.com

                                        *Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

/ s/ Nancy Lam
Oleg A. Mestechkin (OM4108)
Wing K. Chiu, Esq. (WC5637)
Nancy Lam (NL4630)
**MESTECHKIN LAW GROUP P.C.**
1733 Sheepshead Bay Road, Suite 29
Brooklyn, NY 11235
Tel. (212) 256-1113
Fax. (646) 365-2069
om@lawmlg.com
wkc@lawmlg.com
nl@lawmlg.com

*Attorneys for Plaintiff AKF, Inc. d/b/a Fundkite*